UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DERAE P JENKINS**,

    **Petitioner**,

v.          Case No. 1:19cv5-TKW-GRJ

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS**,

    **Respondent**.
_____/

**ORDER**

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 21) and Petitioner's objections (Doc. 24). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review the Court agrees with the magistrate judge's determination that all but one of Petitioner's claims are unexhausted (and, thus, procedurally defaulted) and that the exhausted claim is due to be denied on the merits. The Court also agrees that a certificate of appealability should be denied.

    The Court did not overlook Petitioner's "due process" argument that he was not given long enough to prepare his objections to the Report and Recommendation, *see* Doc. 24, at 1-2; however, the Court finds that argument unpersuasive because

Petitioner did not ask for a specific amount of additional time in his motion for extension of time (Doc. 22) and the extension that he was granted (Doc. 23) gave him more time than he otherwise would have had to prepare objections. Also, Petitioner had the opportunity in his reply (Doc. 16) to respond to Respondent's arguments regarding the lack of exhaustion of most of his claims and the lack of merit in the exhausted claim, and based on the Court's de novo review of those matters, the Court finds it unlikely that additional time in the law library would have uncovered anything that Petitioner could have used to persuade the Court that the magistrate judge's analysis (which largely adopted Respondent's arguments) was erroneous.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2254 petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 24th day of November, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**